S.D.N.Y.-N.Y.C.
14-cv-7146
Preska, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of July, two thousand fifteen.

Present:
    Reena Raggi,
    Debra Ann Livingston,
    Raymond J. Lohier, Jr.,
       *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 06, 2015

---

Calvin Edward Cooksey, in his individual capacity as biological father parent of Christopher Edwind Cooksey, who is also known as Lonny Breaux, Christopher Lonny Breaux, and legal name (allegedly) Christopher Francis Ocean, Frank Ocean,

        *Plaintiff-Appellant*,

v.                          15-1087

Russell Wendell Simmons, in his individual and professional capacity as Editor and Chief of Global Grind Digital, et al.,

        *Defendants-Appellees*,

Does, 1 through 20,

        *Defendant*.

---

Appellant, *pro se*, moves for leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motion for leave to proceed *in forma pauperis* is GRANTED, the district court's judgment is VACATED, and the case is REMANDED. Upon remand, the district court shall permit Appellant to amend his complaint to eliminate any dispensable, nondiverse parties. *Jaser v. New York Property Ins. Underwriting Ass'n*, 815 F.2d 240, 243 (2d Cir. 1987).

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

CERTIFIED COPY ISSUED ON 07/06/2015