**MANDATE**

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of February, two thousand sixteen.

Present:

    Ralph K. Winter,
    Peter W. Hall,
    Christopher F. Droney,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 29, 2016

Calvin Edward Cooksey, in his individual capacity as biological father parent of Christopher Edwind Cooksey, who is also known as Lonny Breaux, Christopher Lonny Breaux, and legal name (allegedly) Christopher Francis Ocean, Frank Ocean,

        *Plaintiff-Appellant*,

    v.                                          15-3722

Global Grind Digital, a corporation,

        *Defendant-Appellee*,

Russell Wendell Simmons, in his individual and professional capacity as Editor and Chief of Global Grind Digital, et al.,

        *Defendants*.

---

Appellant, pro se, appeals from September and October 2015 district court orders temporarily sealing the complaint and ordering the Appellee to specify what portions of the complaint should be sealed. This Court has determined sua sponte that it lacks jurisdiction over this appeal because it is taken from non-final orders. *See* 28 U.S.C. § 1291; *Liberty Synergistics Inc. v. Microflo Ltd.*, 718 F.3d 138, 146 (2d Cir. 2013); cf. *In re New York Times Co.*, 828 F.2d 110, 112-13 (2d Cir. 1987). Even assuming that the January 2016 order, which conclusively determined what parts of

**MANDATE ISSUED ON 03/17/2016**

the complaint would be sealed, is appealable, the November 2015 notice of appeal at issue is not effective to appeal that subsequently entered order, *FirsTier Mortg. Co. v. Investors Mortg. Ins. Co.*, 498 U.S. 269, 276 (1991). It is hereby ORDERED that the appeal is DISMISSED. Appellant's pending motion for relief is DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit