
# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806      www.pryorcashman.com

Lisa M. Buckley
Partner

Direct Tel: 212-326-0483
Direct Fax: 212-798-6377
lbuckley@pryorcashman.com

July 13, 2016

**VIA ECF**

The Hon. John G. Koeltl
United States District Judge for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. - #1030
New York, NY 10007

Re:   <u>Calvin E. Cooksey v. Global Grind Digital, 14-CV-07146</u>

Dear Judge Koeltl:

We represent Defendant GG Digital, Inc. ("Global Grind") in the above-captioned action. We write to request the Court's permission to file the annexed sur-reply to address facts and arguments raised by Plaintiff for the first time on reply.

Respectfully submitted,

Lisa M. Buckley

cc:   Calvin Cooksey
      123 E. San Carlos St., Ste. 246
      San Jose, CA 95112